# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| RICHARD-LEROY WAGNER, TRISH-JOANNE WAGNER MIKOLAJCZYK, KRISTIN-JANELLE WAGNER, and RAYMOND-PAUL MIKOLAJCZYK,<br>*Plaintiffs*<br>v.<br>SPENCER J. RUPPERT, KIRK F. SCHWALM, RUTH MEIER, CSOLIZ, TESSA TATE, DEBORAH A. LEE, and GREGORY W. WAGNER,<br>*Defendants* | Civil Action No. 4:23-cv-00013-SLG |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this matter is REMANDED to the Superior Court for the State of Alaska, Fourth Judicial District at Fairbanks.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: January 5, 2024

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*